IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID ALABI, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.<br>: 1:25-CV-1208-AT-JSA |
| WINTER CAPRIOLA ZENNER LLC, | : |
| Defendant. | : |

## **O R D E R**

The above-captioned action is before the Court on the Defendant's Motion to Stay Pre-Trial Deadlines [8] ("Motion to Stay"). Defendant requests that the Court stay the deadlines for conducting the Rule 26(f) conference, serving Initial Disclosures, and filing a Joint Preliminary Planning Report and Discovery Plan until such time as the Court has ruled upon the Defendant's dispositive Motion to Dismiss. Plaintiff has not responded to the Defendant's Motion. The Court therefore deems the Motion to be unopposed. *See* LR 7.1(B) ("Failure to file a response shall indicate that there is no opposition to the motion.")

For good cause shown, the Motion to Stay is **GRANTED**. Accordingly, the parties' obligations to comply with this Court's local rules and the Federal Rules of Civil Procedure for conducting the Rule 26(f) conference, serving Initial Disclosures, and filing a Joint Preliminary Planning Report and Discovery Plan are **STAYED** pending the Court's ruling on the Defendant's Motion to Dismiss.

Should the Court later deny Defendants' Motions to Dismiss, the parties still in the case are hereby **ORDERED** to comply with the rules for conducting the Rule 26(f) conference, serving Initial Disclosures, and filing a Joint Preliminary Planning Report and Discovery Plan within thirty (30) days of the date of the Court's Order denying the Motion to Dismiss.

**IT IS SO ORDERED** this 19th day of May, 2025.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE