IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID ALABI, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:25-CV-1208-AT-JSA |
| WINTER CAPRIOLA ZENNER, LLC, | : |
| | : |
| Defendant. | : |

## **O R D E R**

A review of the docket indicates that no party has filed a Certificate of Interested Persons and Corporate Disclosure Statement ("CIP"). Pursuant to Local Rule 3.3, a CIP must be filed by counsel for all private (non-governmental) parties at the time of first appearance. LR 3.3, NDGa. Although both parties have appeared, neither party has filed a CIP. Accordingly, the parties are **ORDERED** to file CIPs within **fourteen (14) days** after the date of this Order.

**IT IS SO ORDERED** this 23rd day of July, 2025.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE