# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAVID ALABI,<br><br>    Plaintiff,<br><br>v.<br><br>WINTER CAPRIOLA ZENNER LLC,<br><br>    Defendant. | Civil Action File No.: 25-CV-1208 |

**DEFENDANT WINTER CARPIOLA ZENNER, LLC'S CERTIFICATE OF INTERESTED PERSONS and CORPORATE DISCLOSURE STATEMENT**

Defendant Winter Capriola Zenner, LLC ("Defendant") hereby files its Certificate of Interested Persons and states:

1. The Plaintiff, David Alabi.

2. The Defendant, Winter Capriola Zenner LLC, and its equity shareholders:

   a. Marvin P. Pastel

   b. Stephen A. Winter

   c. Richard Capriola

   d. Michael Zenner

   e. Kelsey Grodzicki

3. Attorney not mentioned above: Darius Reese.

1

Respectfully submitted this 28th day of July, 2025.

/s/ Marvin Pastel
**Marvin Pastel**
Georgia Bar No. 142088
**Darius Reese**
Georgia Bar No. 275754
*Counsel for Winter Capriola Zenner, LLC*

WINER CAPRIOLA ZENNER, LLC
One Ameris Center
3490 Piedmont Road NE, Suite 800
Atlanta, Ga. 30305
dreese@wczlaw.com
mpastel@wczlaw.com

# CERTIFICATE OF SERVICE AND
# <u>COMPLIANCE WITH LOCAL RULE 7.1</u>

I hereby certify that this document complies with the page limit and font and point selections as set forth in Local Rule 7.1. I further certify that a copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system.

This 28th day of July, 2025.

<u>/s/ Marvin Pastel</u>
**Marvin Pastel**
Georgia Bar No. 142088
**Darius Reese**
Georgia Bar No. 275754
*Counsel for Winter*
*Capriola Zenner, LLC*

WINER CAPRIOLA ZENNER, LLC
One Ameris Center
3490 Piedmont Road NE, Suite 800
Atlanta, Ga. 30305
dreese@wczlaw.com
mpastel@wczlaw.com